CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JAMES D. FARWELL (SBN: 237511)
STEPHEN A. HORNER (SBN: 292971)
steve@farwellrashkis.com
FARWELL RASHKIS, LLP
2223 W. Main St., Suite B
Los Gatos, CA 95030
Telephone: (408) 399-0505
Attorneys for Defendant
Brokaw Management Company

**APPROVED**
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>BROKAW MANAGEMENT COMPANY, a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 5:20-CV-04550-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 15, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: October 15, 2020        FARWELL RASHKIS, LLP

By: /s/ Stephen A. Horner
    James D. Farwell
    Stephen A. Horner
    Attorneys for Defendant
     Brokaw Management Company

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stephen A. Horner, counsel's for Brokaw Management Company and that I have obtained Mr. Horner's authorization to affix his electronic signature to this document.

Dated: October 15, 2020         CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff